IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA L. DILLON, ) | |
| ) | Case No. 8:05cv467 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| GOTTSCH EMPLOYERS GROUP, ) | |
| L.L.C., et al., ) | |
| ) | |
| Defendants. ) | |

THIS MATTER came before the court for a Rule 16 planning conference. Diana Vogt represented the plaintiff and Rachel Alexander represented the defendants. After reviewing the status of the case,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **April 24, 2006 at 10:00 a.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

2. Pursuant to docket entry [7], the case shall be designated as a jury trial.

Dated this 22nd day of March 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge