## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAURA L. DILLON, | ) | CASE NO.  8:05CV467 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING DEFENDANTS'** |
| | ) | **UNOPPOSED MOTION TO EXTEND** |
| GOTTSCH EMPLOYER'S GROUP, | ) | **DEADLINES RELATING TO MOTIONS** |
| LLC and GOTTSCH FEEDING | ) | **FOR SUMMARY JUDGMENT** |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER came before the Court on Defendants' Unopposed Motion to Extend Deadlines Relating to Motions for Summary Judgment.  Based upon the reasons stated in the Motion, the Court finds that it should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that the parties' deadline to conduct summary judgment-related discovery is extended until March 2, 2007, and the parties' deadline to file motions for summary judgment is extended until March 19, 2007.

DATED January 29, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge