# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA L. DILLON, ) | |
| ) | Case No. 8:05cv467 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GOTTSCH EMPLOYERS GROUP, ) | ORDER OF DISMISSAL |
| LLC, a Nebraska LLC; and GOTTSCH ) | WITH PREJUDICE |
| FEEDING CORP., a Nebraska ) | |
| Corporation, both doing business as ) | |
| GOTTSCH ENTERPRISES, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER having come on before the Court upon the Stipulated Motion of the Parties, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that this matter be, and the same hereby is, dismissed, with prejudice, each party to bear its own costs and fees.

**DATED November 27, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**